# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:19-cv-00599-RJC
### 3:18-cr-00075-RJC-DCK-1

| | | | |
|---|---|---|---|
| **SURRELL M. DUFF,** | ) | | |
| | ) | | |
| **Petitioner,** | ) | | |
| | ) | | |
| **vs.** | ) | | **ORDER** |
| | ) | | |
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| **Respondent.** | ) | | |
| _____ | ) | | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255.  [Doc. 1].

The Court has conducted an initial screening of the petition under the Rules Governing § 2255 Proceedings, Rule 4(b) 28 U.S.C.A. foll. § 2255 and finds that the petition <u>has not been signed by Petitioner under penalty of perjury</u>, Rule 2(b)(5), 28 U.S.C.A. foll. § 2255 (motion to vacate must be signed under penalty of perjury "by the movant or by a person authorized to sign it for the movant").  Within twenty (20) days of service of this Order, Petitioner must sign the petition under penalty of perjury and resubmit it in accordance with Rule 2(b)(5) of the Rules Governing § 2255 Proceedings.  The Petitioner is further instructed to complete the proper Section 2255 form that will be sent by the Clerk to the Petitioner.

Petitioner's failure to return the Section 2255 form, signed under penalty of perjury, within twenty days of service of this Order, may result in dismissal of this action without prejudice.

**IT IS THEREFORE ORDERED** that:

(1)  Petitioner shall return the completed Section 2255 form, signed under penalty of perjury, within twenty (20) days of service of this Order and that failure to do so may result in dismissal of this action without prejudice.

(2)  The Clerk is respectfully instructed to mail Petitioner a blank Section 2255 form.

Signed: November 14, 2019

Robert J. Conrad, Jr.
United States District Judge